# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. PAULA HINCAPIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1. DAVID STANLEY CHEVROLET, INC., )<br>)<br>2. DAVID STANLEY FORD )<br>    OF MIDWEST CITY, )<br>)<br>Defendants. ) | Case No. CIV-17-1190-SLP |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 27ᵗʰ DAY OF JUNE, 2018.**

| | |
|---|---|
| s/ Amber L. Hurst | s/Jeffrey C. Hendrickson |
| Mark Hammons, OBA #3784 | Malinda S. Matlock, OBA #14108 |
| Amber L. Hurst, OBA # 21231 | Jeffrey C. Hendrickson, OBA #32798 |
| HAMMONS, GOWENS, HURST | PIERCE COUCH HENDRICKSON |
| & ASSOCIATES | BAYSINGER & GREEN, LLP |
| 325 Dean A. McGee Avenue | P.O. Box 26350 |
| Oklahoma City, Oklahoma 73102 | Oklahoma City, OK 73126 |
| Telephone: (405) 235-6100 | Telephone: (405) 235-1611 |
| Facsimile: (405) 235-6111 | Facsimile: (405) 235-2904 |
| Email: mark@hammonslaw.com | Email: mmatlock@piercecouch.com |
| amber@hammonslaw.com | jhendrickson@piercecouch.com |
| | *Attorneys for Defendant* |

and

M. Kathi Rawls, OBA #18814
Minal Gahlot, OBA # 22145
Rawls Gahlot PLLC
2404 S. Broadway
Moore, Ok 73160
Telephone: 405-912-3225
*Counsel for Plaintiff*